IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Donald Noble, *On behalf of himself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> Mt. Washington Pizzeria, Inc., *et al.*, <br><br> Defendants. | Case No. 1:20-cv-00489 <br><br> Judge Matthew W. McFarland |

PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF DISMISSAL

The Court entered an Order on March 24, 2021 granting Plaintiff's Motion for Settlement Approval. The parties represent that Defendants have made payment of the settlement funds pursuant to the agreement. Plaintiff now moves this Court to dismiss the case with prejudice pursuant to the Settlement Agreement. Defendant does not oppose this Motion. A proposed order dismissing is attached as Exhibit 1 and will also be sent electronically to this Court's chambers pursuant to the Local Rules and the Court's Standing Order on Civil Practice.

Respectfully submitted,

/s/ *Phil Krzeski*
Andrew R. Biller (Ohio Bar # 0081452)
BILLER & KIMBLE, LLC
4200 Regent Street, Suite 200
Columbus, OH 43219
Telephone: (614) 604-8759

1

        Facsimile: (614) 340-4620
        *abiller@billerkimble.com*

        Andrew P. Kimble (Ohio Bar # 0093172)
        Philip J. Krzeski (Ohio Bar # 0095713
        Nathan B. Spencer (Ohio Bar # 0092262)
        BILLER & KIMBLE, LLC
        8044 Montgomery Rd., Suite 515
        Cincinnati, OH 45236
        Telephone: (513) 202-0710
        Facsimile: (614) 340-4620
        *akimble@billerkimble.com*
        *pkrzeski@billerkimble.com*
        *nspencer@billerkimble.com*

        www.billerkimble.com

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        */s/ Philip J. Krzeski*
        Philip J. Krzeski